# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
(Topeka Docket)

UNITED STATES OF AMERICA,

Plaintiff,

v.

CASE NO.: 20-mj-5001-ADM

SHAWN LAMAR WHITMORE, JR.,

**FILED UNDER SEAL**

Defendant.

# CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT ONE

18 U.S.C. § 2113(d)
(Bank Robbery)

That on or about December 28, 2019, in the District of Kansas, the defendant,

SHAWN LAMAR WHITMORE, JR.,

by force, violence, and intimidation, did take from the person and presence of another, namely, A.E.K. and C.II., money and property and a thing of value, namely, United States currency, belonging to and in the care, custody, control, management, and possession of Intrust Bank, located at 1035 Southwest Topeka, Boulevard, Topeka, Kansas, a bank, the deposits of which are insured by the Federal Deposit Insurance Corporation (FDIC); all in violation of Title 18, United States Code, Section 2113(d).

## PENALTIES

- A term of imprisonment not to exceed twenty-five (25) years.
  18 U.S.C. § 2113(d)

- A fine not to exceed $250,000.00.
  18 U.S.C. § 3571(b)(3)

- Or both.

- A term of supervised release not to exceed five (5) years.
  18 U.S.C. § 3583(b)(1)

- A mandatory special assessment of $100.00 per count of conviction.
  18 U.S.C. § 3013(a)(2)(A)

I further state that I am a sworn Task Force Officer of the Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

SEE ACCOMPANYING AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE AS THOUGH SET OUT IN FULL HEREIN.

PATRICK SALMON
Task Force Officer
Federal Bureau of Investigation

The foregoing subscribed and sworn to before me by telephone on this  2nd  day of January, 2020, in accordance with Federal Rule of Criminal Procedure 4.1(b)(1) .

ANGEL D. MITCHELL
United States Magistrate Judge
District of Kansas

3